Rev. 5/2017 Prisoner Complaint

# United States District Court

Case No. _____
(To be filled out by Clerk's Office only)

Matthew Katona
_____

Inmate Number 2023-00743

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Joseph Algar, Ashley Krzesewski, Shane Schneider, Daniel Murgia, Officer Salrona, Corporal Matthew Nero, Detective Kyle VanNote, all employed by the (Mount Pocono Regional Police Department)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)

## COMPLAINT
(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

**FILED**
**SCRANTON**

APR 19 2024

PER _____CP_____
DEPUTY CLERK

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Rev. 5/2017 Prisoner Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- [ ] Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Matthew Katana
Name

2023-00793
Prisoner ID #

Lackawanna County Prison
Place of Detention

1371 N. Washington Ave
Institutional Address

Scranton                PA.            18509
City                    State          Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [x] Pretrial detainee  [ ] State  [ ] Federal
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## IV.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:   Joseph Algar
Name

Police Officer
Current Job Title

Mt. Pocono Regional Police Dept.
Current Work Address

Tobyhanna          PA.          18466
City               State        Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2:   Ashley Rzesewski
Name

Police Officer
Current Job Title

Mt. Pocono Regional Police Dept
Current Work Address

Tobyhanna          PA          18466
City               State        Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## Defendant(s) Continued

Defendant 3: Shane Schneider
Name

Police Officer
Current Job Title

Mt. Pocono Regional Police Dept.
Current Work Address

Tobyhanna          PA          18466
City               State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: Daniel Murgia
Name

Police Officer
Current Job Title

Mt. Pocono Regional Police Dept.
Current Work Address

Tobyhanna          PA          18466
City               State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 5: Officer - Saffrona
Name

Police Officer
Current Job Title

Mt. Pocono Regional Police Dept.
Current Work Address

Tobyhanna          PA          18466
City               State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 6: Matthew Nero
Name

Corporal / Police Officer
Current Job Title

Mt. Pocono Regional Police Dept.
Current Work Address

Tobyhanna    PA    18466
City          State   Zip Code

Capacity in which being sued: ☐ Individual, ☐ Official, ☒ Both

Defendant 7: Kyle VanNote
Name

Detective / Police Officer
Current Job Title

Mt. Pocono Regional Police Dept.
Current Work Address

Tobyhanna    PA    18466
City          State   Zip Code

Capacity in which being sued: ☐ Individual, ☐ Official, ☒ Both

V.   STATEMENT OF CLAIM

Place(s) of occurrence: 523 Graham Ln. Tobyhanna, PA. 18466

Date(s) of occurrence: Feb. 19, 2023

State which of your federal constitutional or federal statutory rights have been violated:

My 4th and 14th Amendment United States Constitutional rights have been violated.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

On the Date of occurrence the Plaintiff was asleep on his couch at the Place of occurrence. The Plaintiff's Girlfriend Ryan Jagger Gave officer Joseph Algar Permission to enter and informed him that the Plaintiff was asleep and unarmed on the couch in Plai view of the front door.

Corporal Matthew Nero, attacked the Plaintiff with K-9 creed while the Plaintiff was asleep. "Nero" then punched the Plaintiff in the Face numerous times and slammed the Plaintiff's face off the floor causing Injury to Plaintiff's (left arm K9 bites/ scars and bruised face). Officers Algar had Left arm while Mur Gia had his right arm. Both officers failed to intervene in regards of Corporal Nero and his excessive force of Plaintiff. Officer's Algar and Murgia while bending the Plaintiff's arm were both elbowing the Plaintiff's face and head while cursing at him. Corporal Nero failed to intervene on the excessiv force by officers Algar and Murgia.

Defendant Ashley Rzeszwski failed to intervene on the excessive force by officers Nero, Algar and Murgia.

Page 6 of 12

**What happened to you?**

Officer Shane Schneider also failed to intervene on the excessive force by officers Nero, Algar and Murgia. Officer Saldana failed to intervene on the excessive force by officers Nero, Algar and Murgia. Detective Kyle VanNote also stood by and failed to intervene while officers Nero, Algar and Murgia used excessive force against the Defendant.

The Plaintiff was not fleeing from police. Or in the process of committing a crime. Or posed any threat towards the officers.
The mishandling of K-9 Creed by Defendant Nero was excessive and unnecessary.

**When did it happen to you?**

Plaintiff was transferred to the Lehigh Valley Hospital by EMS and treated for injuries pertaining to dog bites and others pertaining to the assault by the officers.

**Where did it happen to you?**

It states in the reports that all officers got ready to enter the Plaintiff's home and even had EMS on stand by. So all officer's had the opportunity to stop Nero from using the K-9. Also by having EMS on stand by, that shows that the officer's planned on hurting the Plaintiff...

VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☐ Yes   ☑ No
If no, explain why not:

This is not a complaint that requires me to file a grievance. My rights were violated while I wasn't incarcerated.

Is the grievance process completed?   ☐ Yes   ☐ No
If no, explain why not:

I was not incarcerated at the time of incident

VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

1- Corporal Matthew Nero to be fired/terminated for him violating the Plaintiff's rights and for him to pay the Plaintiff $50,000 in compensatory damages and $200,000 in punitive damages.
2- Officer Joseph Algar to be fired/terminated and for him to pay the Plaintiff $50,000 in compensatory damages and $100,000 in punitive damages.
3- Officer K-9 creed to be "put down" or terminated from being an active K-9.

4- Officer Ashley Rzesewski, to be fired/Terminated for her violating the Plaintiff's rights and for the Defendant to pay the Plaintiff $25,000 in Compensatory Damages and $50,000 in Punitive Damages

5- For all Officers/Defendants - Shane Schneider, Daniel Murgia, Officer Salrona, and Detective Kyle VanNote, to be fired/Terminated and to pay the Plaintiff each $25,000 in Compensatory Damages and $50,000 Punitive Damages...

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☑ Yes  ☐ No

If yes, how many? __1__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Matthew Katona v. Donna Asure, et al.
U.S. Dist Court, Middle Dist of PA.
Civil Action No- 1:11-CV-1817
settled at Mediation
Judgement was entered in Favor of Plaintiff

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

_____4-10-24_____          _____/s/_____
Dated                        Plaintiff's Signature

Matthew Katona
Printed Name

2023-00793
Prison Identification #

Lackawanna County Prison, Scranton, PA, 18509
Prison Address      /City           State   Zip Code

Matthew Katona
2023-00793
Lackawanna County Prison
1371 N. Washington Ave
Scranton, PA. 18509





RECEIVED
SCRANTON
APR 19 2024
PER  DJ
DEPUTY CLERK

Office of the Clerk
U.S. District Court
Middle District of Pennsylvania
235 N. Washington Ave
P.O. Box 1148
Scranton, PA. 18501-1148



CONTENTS MAILED FROM CORRECTIONAL FACILITY